IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02385-PAB-SBP

NICHOLAS N. KAZARINOFF, and
LINDA COYOTE KAZARINOFF,

    Plaintiffs,

v.

JEFFREY R. WILSON,
TODD WEAVER,
WARREN BROWN,
ALVIN SCHAFF,
RONNIE MAEZ,
JOHN DOES 1–3,
SEAN SMITH,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARCHULETA, and
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 55] of Chief United States District Judge Philip A. Brimmer entered on January 9, 2024 and the Order Accepting Magistrate Judge's Recommendation [Docket No. 59] of Chief United States District Judge Philip A. Brimmer entered on August 28, 2024, it is

ORDERED that the Recommendation of United States Magistrate Judge S. Kato Crews [Docket No. 45] is ACCEPTED.  It is further

ORDERED that Defendant Wilson's Motion to Dismiss [Docket No. 11] is GRANTED.  It is further

ORDERED that plaintiffs' claims against defendant Jeffrey R. Wilson both in his individual and in his official capacity are DISMISSED with prejudice.  It is further

ORDERED that La Plata County Defendants' Motion to Dismiss [Docket No. 13] is GRANTED.  It is further

ORDERED that plaintiffs' claims against defendants John Does 1–3, Sean Smith, and the Board of County Commissioners of the County of La Plata, in their respective official capacities, and against John Does 1–3 in their individual capacities, are DISMISSED without prejudice.  It is further

ORDERED that plaintiffs' claims against defendant Sean Smith in his individual capacity are DISMISSED with prejudice.  It is further

ORDERED that the Recommendation on Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction [Docket No. 57] is ACCEPTED.  It is further

ORDERED Motion to Dismiss for Lack of Jurisdiction [Docket No. 52] filed by defendants Todd Weaver, Warren Brown, Alvin Schaff, Ronnie Maez, and the Board of County Commissioners of the County of Archuleta is GRANTED.  It is further

ORDERED that plaintiffs' first, second, fourth, sixth, seventh, and eighth claims are DISMISSED without prejudice.  It is further

ORDERED that judgment shall enter in favor of defendants and against plaintiffs.  It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further ORDERED that this case is closed.

Dated: August 29, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ S. Grimm
      Deputy Clerk